RODERICK P. BUSHNELL (46583)
LAW OFFICE OF RODERICK P. BUSHNELL
1388 Sutter Street, Suite 810
San Francisco, California 94109
Telephone: 415-217-3803
Facsimile: 415-217-3820
rbushnell@sprynet.com
bcflawyers@aol.com

THOMAS MARC LITTON, ESQ. (119985)
LAW OFFICES OF THOMAS MARC LITTON
1 Sansome Street, Suite 3500
San Francisco, California 94104
Telephone: (415) 421-4774
marc@littonlaw.com

Attorneys for Plaintiff, BRIAN MENEGHAN

WILLIAM H. WEISSMAN, Bar No. 178976
wweissman@littler.com
GONZALO MORALES, Bar No. 334944
gmorales@littler.com
LITTLER MENDELSON, P.C.
Treat Towers, 1255 Treat Boulevard, Suite 600
Walnut Creek, California 94597
Telephone: 925.932.2468
Facsimile: 925.946.9809

Attorneys For Defendant, RUSSELL SIGLER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BRIAN MENEGHAN,<br><br>Plaintiff,<br><br>v.<br><br>RUSSELL SIGLER, INC. and DOES 1 to 20, inclusive and each of them,<br><br>Defendants. | Case No. **5:25-cv-01591-NW**<br><br>~~STIPULATION FOR AND [PROPOSED]~~ ORDER THEREON APPROVING DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE |

TO THE HONORABLE COURT:

Following mediation and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Brian Meneghan and Defendant Russell Sigler, Inc., by and through their respective counsel, hereby stipulate to a voluntarily dismissal of this entire case, with prejudice, with each side to bear its own costs and fees. The parties also request that the Court approve the parties' stipulation for dismissal with prejudice.

Dated: October 24, 2025

Law Office of Roderick P. Bushnell
Law Offices of Thomas Marc Litton

*Marc Litton*

By:_____

By: Marc Litton
Attorneys for Plaintiff, BRIAN MENEGHAN

Dated: October 24, 2025

LITTLER MENDELSON, P.C.

*Gonzalo Morales*

By: _____
William H. Weissman,
Gonzalo Morales,
Attorneys for Defendant, RUSSELL SIGLER, INC.

ORDER APPROVING DISMISSAL OF ENTIRE ACTION

Pursuant to the parties' stipulation for a voluntary dismissal of the entire case, with prejudice, I hereby approve the stipulation and order that the case be dismissed with prejudice with each side to bear its own costs and fees.

Dated: November 10, 2025

_____
NOËL WISE
UNITED STATES DISTRICT JUDGE